UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

Linette Gilliam Tucker

Plantiff,

COMPLAINT

Case No. 3:15cv 372 (GCM)

vs.

Dr Thomas Brown

_____

_____

_____

Defendant(s).

---

## A. JURISDICTION

Jurisdiction is proper in this court according to:

____ 42 U.S.C. §1983

____ 42 U.S.C. §1985

✓ Other (Please specify) __medical__

## B. PARTIES

1. Name of Plaintiff: Linette Gilliam Tucker
   Address: 1901 Pine Mountain Rd
   Char NC 28214

2. Name of Defendant: Dr Thomas Brown
   Address: 4016 Triangle Drive
   Char NC 28208

   Is employed as __Chiropractic Physician__ at __Keith Clinic__
   (Position/Title)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO __✓__, if "YES" briefly explain:

_____
_____

3. Name of Defendant: Dr, Thomas Brown
   Address: 4016 Trongle Dr.
            char nc 28708

   Is employed as Chiropractic Phyc. at Keith Clinic
   (Position/Title)          (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO ____, if "YES" briefly explain:

   _____
   _____

4. Name of Defendant:_____
   Address: _____
   _____

   Is employed as _____ at _____
   (Position/Title)          (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO ____, if "YES" briefly explain:

   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

The wrong setting of a machine used to correct a bruise on my chest area which was caused by a car accident caused injury to my heart, after the treatment they had given me for a period of thirteen days I was rushed to the emergency room.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

- a. (1) Count 1: _____
  - (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

  _____
  _____

- b. (1) Count 2: _____
  - (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

  _____
  _____

## E. INJURY

How have you been injured by the actions of the defendant(s)?

My heart was injured, there was nothing wrong before they used a Diathermy on me and now the electrical system of my heart is messed up.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?      YES _____      NO __✓__

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

   Plaintiff(s):_____N/A_____

   Defendants(s):_____N/A_____

2. Name of court and case or docket number:

   _____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

   _____N/A_____

4. Issued raised:

   _____N/A_____

5. When did you file the lawsuit?_____
   
   Date: Month/Year

6. When was it (will it be) decided?_____N/A____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES _____  NO __✓__

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Two Million Dollars

$2000,000

JURY TRIAL REQUESTED    YES ✓    NO ____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at  Charlott  on  8-14-15 .
                    (Location)                          (Date)

*[signature]*
Signature